TUCKER ELLIS LLP
MOLLIE F. BENEDICT SBN 187084
mollie.benedict@tuckerellis.com
JOSHUA J. WES SBN 238541
joshua.wes@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: 213.430.3400
Facsimile: 213.430.3409

Attorneys for Defendants
ETHICON, INC., and
JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN BELL and STEVEN BELL, | Case No. 3:19-cv-02408-MMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| JOHNSON & JOHNSON and ETHICON, INC., | Complaint Filed: May 16, 2019 |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) herby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each to bear their own attorney's fees and costs.

Dated: February 11, 2020　　　　　　　　　　TUCKER ELLIS LLP


By: */s/ Joshua J. Wes* _____
　　Joshua J. Wes
　　joshua.wes@tuckerellis.com
　　Attorneys for Defendants
　　ETHICON, INC. and
　　JOHNSON & JOHNSON

TUCKER ELLIS LLP
Chicago ◆ Cleveland ◆ Columbus ◆ Houston ◆ Los Angeles ◆ San Francisco ◆ St. Louis

Dated: February 11, 2020        HANSEN, KOHLS, SOMMER & JACOB, LLP

By: */s/ Daniel V. Kohls*
    Daniel V. Kohls
    dkohls@hansenkohls.com
    Attorneys for Plaintiffs

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joshua J. Wes, attest that I obtained the concurrence of Daniel V. Kohls in the filing of this STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER.

Dated: February 11, 2020        TUCKER ELLIS LLP

*/s/ Joshua J. Wes*
Joshua J. Wes
Attorneys for Defendants
ETHICON, INC. and
JOHNSON & JOHNSON

**[PROPOSED] ORDER**

This stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: __February 12__, 2020

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE